# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

WILLIE SINGLETON,

     vs.                    CASE NUMBER: 8:14-CV-0185 DNH/CFH

CAROLE PERRY, Secretary to the Chief
of Police, Geneva City Public Safety Building.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED : Pursuant to the Decision and Order of the Honorable David N. Hurd, United States District Court Judge, dated the 27th day of March 2014, Plaintiff's complaint is  DISMISSED in its entirety.

DATED:   March 27, 2014

                                                 Clerk of Court

ENTERED 3/27/2014
BY PTM

                                   -S-
                                   P.T. McBrearty
                                   Deputy Clerk